.

# United States Bankruptcy Court
## Northern District of California

In re **B&G Group, Inc.**                                                                                              ,

                                                                    Debtor

Case No. **11-13481**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 5,300,000.00 | | |
| B - Personal Property | Yes | 4 | 551,258.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 10,182,456.15 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 4,272,546.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 5,851,258.02 | | |
| Total Liabilities | | | | 14,455,003.05 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    **B&G Group, Inc.** _____,     Case No. **11-13481**

Debtor     Chapter **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **B&G Group, Inc.**                           ,    Case No.    **11-13481**

                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **111 Healdsburg Ave., Healdsburg, CA 95448 -- gas station and convenience store** | **fee** | - | **2,500,000.00** | **4,316,898.96** |
| **11991 Hwy 267, Truckee, CA 96161 -- gas station and convenience store** | **Fee** | - | **2,800,000.00** | **5,853,385.25** |

|  | Sub-Total > | **5,300,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **5,300,000.00** |  |
|  |  |  | (Report also on Summary of Schedules) |

   **0**    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

In re **B&G Group, Inc.**                                              Case No.    **11-13481**
_____ ,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Till cash -- 50 W. College Ave., Santa Rosa, CA** | - | 250.00 |
| | | **Till cash -- 111 Healdsburg Ave., Healdsburg, CA** | - | 300.00 |
| | | **Till cash -- 116 E. Roth Rd., Lathrop, CA** | - | 400.00 |
| | | **Till cash -- 11911 Hwy 267, Truckee, CA** | - | 250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank XXXXXX8422** | - | 23,565.19 |
| | | **Wells Fargo Bank XXXXXX8448** | - | 27,774.00 |
| | | **Wells Fargo Bank XXXXXX8612** | - | 30,691.45 |
| | | **Wells Fargo Bank XXXXXX8570** | - | 25,947.37 |
| | | **Wells Fargo Bank XXXXXX8248** | - | 1,744.89 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        110,922.90
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re __B&G Group, Inc._____,   Case No. ___11-13481_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Sequoia Creek Dev., LLC, 500 L Goda Way, Ste. 210, Danville, CA 94526 1.36% LLC Membership interest | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Geared for Growing, 143 E. Shiloh Rd., Santa Rosa, CA 95403 | - | 1,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Judgment against Todd Bishop and Dibbles Collision -- face amount shown, collectibility questionable | - | 60,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >     61,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re __**B&G Group, Inc.**_____,     Case No. ___**11-13481**_____
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Four type 20 Calif. liquor licenses for each of Debtor's retail locations** | - | 20,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Ford F250 Superduty Pick-up Truck** | - | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. office and computer equipment located at 111 Healdsburg Ave.** | - | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. store fixtures, gasoline pumps and related equipment located at each of Debtor's four locations** | - | **Unknown** |
| 30. Inventory. | | **Gas and store inventory at 50 W. College Ave as of 7/31** | - | 54,375.00 |
| | | **Gas and store inventory at 111 Healdsburg Ave. as of 7/31** | - | 95,474.00 |
| | | **Gas and store inventory at 116 E. Roth Rd. as of 7/31** | - | 110,369.00 |

|  | Sub-Total > | 303,218.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __**B&G Group, Inc.**_____ ,   Case No. __**11-13481**_____

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Gas and store inventory at 11991 Hwy 267 as of 7/31** | **-** | **76,117.12** |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  | |
|---|---|
| Sub-Total > | **76,117.12** |
| (Total of this page) | |
| Total > | **551,258.02** |

Sheet __**3**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                     Best Case Bankruptcy

In re    **B&G Group, Inc.**                                         Case No.    **11-13481**

                                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Billa Management**<br>**3852 Skyfarm Dr.**<br>**Santa Rosa, CA 95403** | X | - | **First deed of trust**<br><br>**111 Healdsburg Ave., Healdsburg, CA 95448 -- gas station and convenience store**<br><br>Value $      **2,500,000.00** | | | | 2,966,956.00 | 516,898.96 |
| Account No.<br><br>**Five Star Bank**<br>**6810 Five Star Blvd.**<br>**Rocklin, CA 95677** | X | - | **First deed of trust**<br><br>**11991 Hwy 267, Truckee, CA 96161 -- gas station and convenience store**<br><br>Value $      **2,800,000.00** | | | | 4,008,473.69 | 1,353,385.25 |
| Account No. xxxx8137<br><br>**Ford Motor Credit Corp**<br>**P.O. Box 7172**<br>**Pasadena, CA 91109-7172** | | - | **Auto loan**<br><br>**2008 Ford F250 Superduty Pick-up Truck**<br><br>Value $      **20,000.00** | | | | 12,171.94 | 0.00 |
| Account No.<br><br>**Nevada County Tax Collector**<br>**950 Maidu Ave.**<br>**Nevada City, CA 95959** | | - | **Real estate tax lien**<br><br>**11991 Hwy 267, Truckee, CA 96161 -- gas station and convenience store**<br><br>Value $      **2,800,000.00** | | | | 144,911.56 | 0.00 |

   __1__    continuation sheets attached

                                              Subtotal               7,132,513.19            1,870,284.21

                                         (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **B&G Group, Inc.** _____ , Case No. ___**11-13481**___

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Real property taxe lien | | | | | |
| Sonoma County Tax Collector 585 Fiscal Drive Santa Rosa, CA 95403 | - | | 111 Healdsburg Ave., Healdsburg, CA 95448 -- gas station and convenience store | | | | | |
| | | | Value $ 2,500,000.00 | | | | 49,942.96 | 0.00 |
| Account No. | | | Second deed of trust | | | | | |
| Sonoma Mortgage 520 Mendocino Ave. #250 Santa Rosa, CA 95401 | X - | | 111 Healdsburg Ave., Healdsburg, CA 95448 -- gas station and convenience store | | | | | |
| | | | Value $ 2,500,000.00 | | | | 1,300,000.00 | 1,300,000.00 |
| Account No. | | | Second deed of trust | | | | | |
| Sonoma Mortgage 520 Mendocino Ave. #250 Santa Rosa, CA 95401 | X - | | 11991 Hwy 267, Truckee, CA 96161 -- gas station and convenience store | | | | | |
| | | | Value $ 2,800,000.00 | | | | 1,700,000.00 | 1,700,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 3,049,942.96 | 3,000,000.00 |
| | Total (Report on Summary of Schedules) | 10,182,456.15 | 4,870,284.21 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

.

In re  **B&G Group, Inc.**                                                                                    ,     Case No. _____**11-13481**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1                      continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                              Best Case Bankruptcy

In re **B&G Group, Inc.**                                                  ,          Case No. **11-13481**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Listed for notice only | | | | | |
| Cal. EDD PO Box 826846 Sacramento, CA 94246-0001 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Listed for notice only | | | | | |
| Franchise Tax Board Special Procedures P.O. Box 2952 Sacramento, CA 95812 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Listed for notice only | | | | | |
| Internal Revenue Service Special Procedures Oakland, CA 94612 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | Listed for notice only | | | | | |
| State Board of Equalization PO Box 942879 Sacramento, CA 94279 | - | | | | | | | Unknown |
| | | | | | | | Unknown | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                 Best Case Bankruptcy

In re    **B&G Group, Inc.**                                      ,     Case No.    **11-13481**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **7-Up Bottling Company** **P.O. Box 60000** **File #74627** **San Francisco, CA 94160** | - | | | | | | **463.00** |
| Account No. | | | Trade debt | | | | |
| **Advanced GeoEnvironmental, Inc.** **837 Shaw Rd.** **Stockton, CA 95215** | | | | | | | **5,683.00** |
| Account No. | | | Trade debt | | | | |
| **Aire-Master of America** **P.O. Box 1301** **Alamo, CA 94507** | - | | | | | | **108.00** |
| Account No. | | | Trade deb t | | | | |
| **Andregg Geometrics** **11661 Blocker Dr., Ste. 200** **Auburn, CA 95603** | - | | | | | | **6,545.00** |
|    **7**    continuation sheets attached | | | Subtotal (Total of this page) | | | | **12,799.00** |

In re __B&G Group, Inc._____,   Case No. ____11-13481____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Unsecured deficiency claim | | | | |
| Barbieri Family Trust 3851 Glen Eagle Ct. Santa Rosa, CA 95403-0996 | X | - | | | X | X | X | 2,431,427.00 |
| Account No. | | | | Trade debt | | | | |
| County of Nevada Community Dev. Agency 950 Maidu Ave. Nevada City, CA 95959-8617 | | - | | | | | | 1,883.00 |
| Account No. | | | | Trade debt | | | | |
| DBI Beverage Truckee 3500 Carlin Dr. West Sacramento, CA 95691 | | - | | | | | | 2,545.00 |
| Account No. | | | | Trade debt | | | | |
| Double AA Corp. 1435 Huntington Ave. South San Francisco, CA 94080 | | - | | | | | | 89,190.93 |
| Account No. | | | | Trade debt | | | | |
| Eagle Distributing P.O. Box 2260 Windsor, CA 95492 | | - | | | | | | 1,842.00 |

Sheet no. __1___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   2,526,887.93

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re __B&G Group, Inc._____,  Case No. ___11-13481___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Edd Clark & Assoc. P.O. Box 3039 Rohnert Park, CA 94927 | | - | Environmental services | | | | 119,658.04 |
| Account No. Epic Compliance Systems LLC 1435 Huntington Ave. South San Francisco, CA 94080 | | - | Trade debt | | | | 175.00 |
| Account No. Eric Dunbar DDS 3317 Lakeview Way Lake Almanor, CA | | - | Misc. unsecured claim | | | | 75,000.00 |
| Account No. Exchange Bank P.O. Box 760 Santa Rosa, CA 95402 | X | - | Bank loan | | | | 45,095.00 |
| Account No. Hunt & Sons 5750 S. Watt Ave Sacramento, CA 95829-9349 | X | - | Trade debt Subject to setoff. | X | | X | 330,325.42 |

Sheet no. _2_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 570,253.46

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re    **B&G Group, Inc.**                                           ,    Case No.    **11-13481**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Idenity Signs 6025 Labath Ave Rohnert Park, CA 94928 | | - | | | | | | 5,497.69 |
| Account No. | | | | Trade debt | | | | |
| Krispy Kreme c/o Bruce Monaghan | | - | | | | | | 122.00 |
| Account No. | | | | Trade debt | | | | |
| Mesa Beverage Company 3200 N. Laughlin Rd. Santa Rosa, CA 95403 | | - | | | | | | 1,602.00 |
| Account No. | | | | Trade debt | | | | |
| Morris Distributing P.O. Box 481 Petaluma, CA 94953-0401 | | - | | | | | | 429.00 |
| Account No. | | | | Trade debt | | | | |
| Mussetter Distributing P.O. Box 5350 Auburn, CA 95604 | | - | | | | | | 60.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,710.69**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **B&G Group, Inc.**                                     ,     Case No.    **11-13481**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NC Auto Parts**<br>**1150 Matley Lane**<br>**Reno, NV 89502** | | - | | **Trade debt** | | | | 405.00 |
| Account No.<br><br>**NuCO2, Inc.**<br>**P.O. Box 9011**<br>**Stuart, FL 34995** | | - | | **Trade debt** | | | | 182.00 |
| Account No.<br><br>**Pepsi Bottling**<br>**1100 Reynolds Blvd.**<br>**Winston Salem, NC 27105** | | - | | **Trade debt** | | | | 1,695.00 |
| Account No.<br><br>**Pepsi-Cola**<br>**P.O. Box 75948**<br>**Chicago, IL 60675-5948** | | - | | **Trade debt** | | | | 1,220.00 |
| Account No.<br><br>**Rabo Bank**<br>**1407 I St.**<br>**Modesto, CA 95354** | | - | | **Bank loan** | | | | 14,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,502.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re   **B&G Group, Inc.**                                              ,        Case No. _____**11-13481**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt **Subject to setoff.** | | | | |
| **Redwood Coast Petroleum** 455 Yolanda Ave. Santa Rosa, CA 95402 | X | - | | | X | | X | 678,611.68 |
| Account No. | | | | Trade debt | | | | |
| **Regal Wine Company** P.O. Box 60000 File #72956 San Francisco, CA 94160 | | - | | | | | | 1,232.00 |
| Account No. | | | | Trade debt **Subject to setoff.** | | | | |
| **Rinehart Oil** P.O. Box 725 Ukiah, CA 95482 | X | - | | | | | X | 443,017.00 |
| Account No. | | | | Trade debt | | | | |
| **Saccani Distributing Co.** P.O. Box 1764 Sacramento, CA 95812 | | - | | | | | | Unknown |
| Account No. | | | | Trade debt | | | | |
| **San Joaquin Cty Environ. Health** 600 E Main St. Stockton, CA 95202 | | - | | | | | | 882.00 |

| | | |
|---|---|---|
| Sheet no. __5___ of __7___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,123,742.68 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re **B&G Group, Inc.** , Case No. **11-13481**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Stohlgren Brothers Inc. 10959 A Industrial Way Truckee, CA 96161 | - | | | | | | | 1,025.00 |
| Account No. | | | | Trade debt | | | | |
| Swire Coca Cola, USA P.O. Box 1199 Draper, UT 84020 | - | | | | | | | 356.00 |
| Account No. | | | | Trade debt | | | | |
| The Treat Box Bakery P.O. Box 1989 Truckee, CA 96160 | - | | | | | | | 253.00 |
| Account No. | | | | Trade debt | | | | |
| Truckee Sourdough Co. P.O. Box 2706 Truckee, CA 96160 | - | | | | | | | 177.00 |
| Account No. | | | | Trade debt | | | | |
| Walton Engineering P.O. Box 1025 West Sacramento, CA 95691 | - | | | | | | | 9,863.14 |
| Sheet no. _6_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 11,674.14 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **B&G Group, Inc.**                                              ,  Case No. _____**11-13481**_____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| **West Coast Coffee, Inc.** **21400 Mauzey Rd.** **Hillsboro, OR 97124** | | - | | | | | | 555.00 |
| Account No. | | | | Trade debt | | | | |
| **Windmill Septic** **P.O. Box 96** **Ripon, CA 95366-0096** | | - | | | | | | 1,245.00 |
| Account No. | | | | Trade debt | | | | |
| **Wonder Ice Cream** **P.O. Box 304** **Newark, CA 94560** | | - | | | | | | 177.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**7**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,977.00**

Total
(Report on Summary of Schedules)     **4,272,546.90**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

In re   **B&G Group, Inc.**        ,    Case No.   **11-13481**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Fast Lane Central Valley LLC**<br>**111 Healdsburg Ave. #C**<br>**Healdsburg, CA 95448** | **Commercial lease for 116 E. Roth Rd., Lathrop,**<br>**CA 95330.  Debtor is lessee.  Lessor is affiliate** |
| **Rinehart Oil**<br>**P.O. Box 725**<br>**Ukiah, CA 95482** | **Commercial lease for 50 W. College Ave., Santa**<br>**Rosa, CA.  Debtor is lessee** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **B&G Group, Inc.**   ,   Case No.   **11-13481**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Sonoma Mortgage**<br>**520 Mendocino Ave. #250**<br>**Santa Rosa, CA 95401** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Sonoma Mortgage**<br>**520 Mendocino Ave. #250**<br>**Santa Rosa, CA 95401** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Five Star Bank**<br>**6810 Five Star Blvd.**<br>**Rocklin, CA 95677** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Billa Management**<br>**3852 Skyfarm Dr.**<br>**Santa Rosa, CA 95403** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Redwood Coast Petroleum**<br>**455 Yolanda Ave.**<br>**Santa Rosa, CA 95402** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Rinehart Oil**<br>**P.O. Box 725**<br>**Ukiah, CA 95482** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Barbieri Family Trust**<br>**3851 Glen Eagle Ct.**<br>**Santa Rosa, CA 95403-0996** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Hunt & Sons**<br>**5750 S. Watt Ave**<br>**Sacramento, CA 95829-9349** |
| **Lukhbir & Christina Gill**<br>**111 Healdsburg Ave**<br>**Healdsburg, CA 95448** | **Exchange Bank**<br>**P.O. Box 760**<br>**Santa Rosa, CA 95402** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re __B&G Group, Inc.__           Case No. __11-13481__

                                     Debtor(s)           Chapter __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___21___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 5, 2011__            Signature    **/s/ Lukhbir Gill**

                                                       **Lukhbir Gill**
                                                       **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.